# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OLAYINKA OYE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 21-cv-3749 |
| ) | Judge Norgle |
| ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT
### PURSUANT TO FED. R. CIV. P. 52

Plaintiff, Olayinka Oye, by her attorneys, hereby moves for the entry of judgment in her favor and against the Defendant, pursuant to Rule 52 of the Federal Rules of Civil Procedure. In support of this Motion, Plaintiff has separately filed Proposed Findings of Fact (Doc. 23) and a Memorandum of Law incorporating conclusions of law (Doc. 22).

WHEREFORE, Plaintiff prays that the Court enter judgment in her behalf awarding her disability benefits in arrears, continuation of benefits, prejudgment interest, and attorneys' fees pursuant to 29 U.S.C. § 1132(g).

Dated: March 24, 2022

/s/ Mark D. DeBofsky
Attorney for Plaintiff

Mark D. DeBofsky
DeBofsky Sherman Casciari Reynolds P.C.
150 N. Wacker Dr., Suite 1925
Chicago, Illinois 60606
(312) 561-4040
mdebofsky@debofsky.com

## **CERTIFICATE OF SERVICE**

Mark D. DeBofsky, the attorney, certifies that he served all counsel of record with the attached pleading by electronic delivery via the CM/ECF system maintained by the Clerk of the U.S. District Court on March 24, 2022.

/s/ Mark D. DeBofsky
Mark D. DeBofsky